UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANKLIN L ONCE CHILLOGALLO, | : |
| *Petitioner,* | : |
| v. | : Civil Action No.: 2:26-cv-0313 |
| WARDEN J.L. JAMISON, et al. | : |
| *Respondents.* | : |

### RESPONDENTS' CERTIFICATION OF COMPLIANCE WITH COURT'S ORDER TO RELEASE PETITIONER

In accordance with the Court's Order dated February 4, 2026, (dkt. 6) and consistent with email confirmation from Immigration and Customs Enforcement, Respondents certify that Petitioner has been released from custody.

DAVID METCALF
United States Attorney

/s/ Isaac J. Jean-Pierre
ISAAC J. JEAN-PIERRE
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8372
Dated: February 5, 2026         Email: isaac.jean-pierre@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Certification of Compliance to be served via electronic court filing (ECF).

                                          */s/ Isaac J. Jean-Pierre*
                                          ISAAC J. JEAN-PIERRE
                                          Assistant United States Attorney

Dated: February 5, 2026